1 | Judith B. Gitterman, Bar No. 115661
2 | JGitterman@perkinscoie.com
  | Gabriel Liao, Bar No. 205897
3 | Gliao@perkinscoie.com
4 | Vilma R. Palma-Solana, Bar No. 267992
  | VPalma-Solana@perkinscoie.com
5 | **PERKINS COIE LLP**     JS-6
6 | 1888 Century Park E., Suite 1700
  | Los Angeles, CA  90067-1721
7 | Telephone: 310.788.9900
8 | Facsimile: 310.788.3399

9 | Attorneys for Plaintiffs BASKIN-ROBBINS
10 | FRANCHISING LLC, a Delaware limited liability
   | company; and BR IP HOLDER LLC, a Delaware
11 | limited liability company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| BASKIN-ROBBINS FRANCHISING LLC, a Delaware limited liability company; and BR IP HOLDER LLC, a Delaware limited liability company, | Case No. SACV 11-1488-JVS(JCx) |
|---|---|
| Plaintiffs, | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |
| v. | |
| JAVA ICE, LLC, a California limited liability company; BRIAN ROACH, an individual; and KIMBERLY PEREZ, an individual, | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal of Entire Action without Prejudice entered into by and among plaintiffs Baskin-Robbins Franchising LLC and BR IP Holder LLC (collectively, "Plaintiffs"), on the one hand, and defendants Java Ice, LLC; Brian Roach; and Kimberly Perez (collectively, "Defendants"), on the other hand, through their respective counsel of record, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action shall be and hereby is dismissed in its entirety, without prejudice, with Defendants to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED THAT this Court shall retain jurisdiction over this case and the parties personally in connection with the enforcement of the parties' Settlement Agreement, including entry of the Stipulated Judgment.

DATED: October 22, 2012  _____
  Hon. James V. Selna
  United States District Judge